```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 02332
    JACEK SIENKIEWICZ
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1180


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 02/01/2008 and was not confirmed.

      The case was dismissed without confirmation 04/16/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID             PAID
----------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED            .00              .00
CAPITAL ONE               UNSECURED         1203.08            .00              .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00              .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    52000.00            .00              .00
CCA                       UNSECURED       NOT FILED            .00              .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED            .00              .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED            .00              .00
FIRST CARD CHASE USA      UNSECURED       NOT FILED            .00              .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED            .00              .00
HSBC                      UNSECURED       NOT FILED            .00              .00
NICOR GAS                 UNSECURED       NOT FILED            .00              .00
NORTHWEST COLLECTION      UNSECURED       NOT FILED            .00              .00
NORTHWEST COLLECTION      UNSECURED       NOT FILED            .00              .00
COOK COUNTY TREASURER     PRIORITY        NOT FILED            .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00              .00
CATHTYN SIENKIEWICZ       NOTICE ONLY     NOT FILED            .00              .00
BENNIE W FERNANDEZ        DEBTOR ATTY           .00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------       --------------
TOTALS                         .00                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 02332 JACEK SIENKIEWICZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 02332 JACEK SIENKIEWICZ